IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: <br> RONALD WAYNE PETTIT <br> Debtor. | CASE NO. 20-41570 |
| MARK A. WEISBART, CHAPTER 7 TRUSTEE <br> Plaintiff <br><br> v. <br><br> RONALD WAYNE PETTIT, <br> Defendant | Adv. No. 21-04011 |

## AMENDED
## MOTION TO DISMISS

**No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.**

Ronald Wayne Pettit, the defendant files this, his Motion to Dismiss and would show:

1. This Adversary Proceeding was filed on January 28, 2021.

2. The deadline for filing an Adversary Proceeding under Section 727 of the Bankruptcy Code was December 30, 2021. Although the Plaintiff had filed a Motion to Extend the Deadline, that Motion was denied on March 2, 2021. A copy of that order is attached.

3. This Adversary Proceeding was filed beyond its bar date and must be dismissed.

WHEREFORE, PREMISES CONSIDERED, Ronald Wayne Pettit prays that the above case be dismissed.

Respectfully Submitted,

Ronald W. Pettit
2740 Cromwell
Lewisville, TX 75056-6752
469-450-8212
ronpettit@me.com

## Certificate of Service

I certify that on March 22, 2021, I served a copy of the above on Mark A. Weisbart, Chapter 7 Trustee at 12770 Coit Rd., Ste. 541, Dallas, TX 75251.

Ronald W. Pettit