EOD

03/03/2021

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-41570 |
| Ronald Wayne Pettit | Chapter 7 |
| Debtor. | |

## ORDER ON THIRD MOTION TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE

ON March 2, 2021, the Court considered the Third Motion of the Trustee to Extend Time to File Complaint Objecting to Discharge [Doc. No. 39]. The Trustee appeared in person and the Debtor appeared by and through counsel of record. The Court, having considered the pleadings, the evidence and the arguments thereon is of the opinion that the Motion should be denied. It is accordingly,

ORDERED, that the Motion of the Trustee to Extend Time to File Complaint Objecting to Discharge is hereby DENIED.

Signed on 3/3/2021

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE