IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-41570 |
| RONALD WAYNE PETTIT | |
| Debtor. | |
| MARK A. WEISBART, CHAPTER 7 TRUSTEE | |
| Plaintiff | |
| v. | Adv. No. 21-04011 |
| RONALD WAYNE PETTIT, | |
| Defendant | |

## ORDER DISMISSING ADVERSARY PROCEEDING

The Court, having considered the Defendant's Motion to Dismiss and finding that the Complaint in this adversary proceeding was filed after the bar date, it is

ORDERED that the above styled and numbered adversary proceeding is DISMISSED.