## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>RONALD WAYNE PETTIT<br><br>DEBTOR | CASE NO. 20-41570<br>CHAPTER 7 |
| MARK A. WEISBART,<br>CHAPTER 7 TRUSTEE<br><br>PLAINTIFF<br><br>V.<br><br>RONALD WAYNE PETTIT, JR.<br><br>DEFENDANT | ADVERSARY NO. 21-04011 |

### TRUSTEE'S OBJECTION TO AMENDED MOTION TO DISMISS

COMES NOW Mark A. Weisbart, the duly appointed Chapter 7 Trustee ("Trustee" or "Plaintiff") for the bankruptcy estate of Ronald Wayne Pettit, files this his Objection to Amended Motion to Dismiss filed by Defendant, and in support would show the Court as follows:

1.      The Amended Motion to Dismiss [dkt. #10] (the "Motion") is improperly filed and procedurally defective.  Accordingly, Trustee requests the Motion be stricken and denied.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that the Court enter an order denying the Motion and that it grant him such other and further relief to which he is justly entitled.

Respectfully Submitted,

/s/ Mark A Weisbart
Mark A Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, TX 75251
(972) 628-4903 Phone
mark@weisbartlaw.net

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the Defendant as indicated below by first class United States Mail, postage prepaid on this the 5th day of April 2021.

Ronald Wayne Pettit, Jr.
2740 Cromwell
Lewisville, Texas 75056

/s/ Mark A Weisbart
Mark A Weisbart