IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**EOD**
10/04/2021

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RONALD WAYNE PETTIT | § | Case No. 20-41570 |
| | § | |
| | § | |
| Debtor | § | Chapter 7 |

| | | |
|---|---|---|
| MARK A. WEISBART | § | |
| CHAPTER 7 TRUSTEE | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Adversary No. 21-04011 |
| | § | |
| RONALD WAYNE PETTIT, JR. | § | |
| | § | |
| Defendant | § | |

## ORDER GRANTING DEFENDANT'S AMENDED MOTION TO DISMISS

ON THIS DATE the Court considered for a second time the "Amended Motion to Dismiss" (the "Amended Motion") filed by the Defendant Ronald Wayne Pettit, Jr. (the "Defendant" or "Debtor") on March 22, 2021, which alleges that dismissal of the complaint in this adversary proceeding is warranted. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure. Plaintiff timely responded to the Motion. The Court previously entered its *Memorandum of Decision and Order Granting In Part and Denying In Part Defendant's Amended Motion to Dismiss* on September 9, 2021, granting in part the Motion but affording Plaintiff an opportunity to amend its complaint in a manner consistent with that decision.

Plaintiff was advised that failure to file a timely amendment, or to plead a cause of action for revocation of discharge, would result in dismissal of this adversary proceeding. No amendment was timely filed. Accordingly, for the reasons set forth in this Court's earlier order referenced above, and under the established standards for evaluating the merits of a motion brought under Fed. R. Civ. P. 12(b)(6), the Court finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that the "Amended Motion to Dismiss" filed in this adversary proceeding on March 22, 2021 by the Defendant, Ronald Waynee Pettit Jr., is hereby **GRANTED** and that the above-referenced adversary proceeding is hereby **DISMISSED.**

Signed on 10/04/2021

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE